UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON,<br><br>Defendant. | No. 2:25-cv-1200-SCR<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

By order filed April 28, 2025, plaintiff was granted thirty days to file a complaint and an application to proceed in forma pauperis in order to properly initiate a civil action in this court. Thirty days from that date have now passed, and plaintiff has not filed the required pleadings, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty one days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 12, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE