UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY ADKINS,

Plaintiff,

v.

CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON,

Defendant.

No. 2:25-cv-01200-DAD-SCR (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 4)

Plaintiff Michael Anthony Adkins is a state prisoner proceeding *pro se* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 12, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 4 at 1.) Specifically, the magistrate judge concluded that plaintiff was granted thirty days to file a complaint and an application to proceed *in forma pauperis* in order to properly initiate a civil action in this court, and plaintiff did not do so within the allotted time. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty one (21) days after service. (*Id.*)

/////

To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 12, 2025 (Doc. No. 4) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE